No. 3615.—John Nuveen Company, aplte., *v.* Junta de Subastas, etc., de Las Marías, apdas. — C. D. Mayagüez.

Abril 17, 1925. *Certiorari.* Apareciendo que la apelación se estableció el 26 de enero último y no se ha radicado en la Secretaría de esta corte la transcripción de los autos, sin que exista pendiente de aprobación exposición del caso alguna en la corte de distrito, visto el artículo 299 del Código de Enjuiciamiento Civil, y la repetida jurisprudencia de esta corte sobre la materia, *se declara* con lugar la moción y *se desestima* el recurso.